IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIRLEY RENE MARTIN,

    Plaintiff,                    No. 2:12-cv-00033 KJN

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                <u>ORDER</u>
_____/

        On June 8, 2012, the parties filed a stipulation seeking an extension of time for plaintiff to file her motion for summary judgment in this case. However, the parties failed to provide any reason for the extension.

        Accordingly, IT IS HEREBY ORDERED, that the parties' stipulation (Dkt. No. 14) is NOT APPROVED, but without prejudice to the filing of a stipulation providing some reason for the extension.

        IT IS SO ORDERED.

DATED: June 11, 2012

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1