Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY RENE MARTIN, | CASE NO. 2:12-CV-0033-KJN |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that because the brief writer is out of town and unavailable until after June 18, Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 11, 2012, by thirty days, to the new due date of July 11, 2012.

DATED: June 12, 2012

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

| | |
|---|---|
| /s/ Ann M. Cerney | /s/ David Lerch |
| ANN M. CERNEY, | DAVID LERCH, |
| Attorney for Plaintiff | (As authorized via email on 6/12/12) |
| | Special Assistant U S Attorney |
| | Attorneys for Defendant |

1  Ann M. Cerney, SBN: 068748
2  Attorney at Law
   45 Hunter Square Plaza
3  Stockton, California  95202
   Telephone: (209) 948-9384
4  Facsimile:  (209) 948-0706

5  Attorney for Plaintiff

6

7

8
   **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
9
                              —o0o—
10
   SHIRLEY RENE MARTIN,                  CASE NO.  2:12-CV-0033-KJN
11
              Plaintiff,                 [proposed] **ORDER EXTENDING**
12                                       **PLAINTIFF'S TIME TO FILE A MOTION**
   vs.                                   **FOR SUMMARY JUDGMENT**
13
   MICHAEL J. ASTRUE,
14 Commissioner of Social Security,

15            Defendant.
   _____/
16

17       Pursuant to the stipulation of the parties showing good cause for a requested first

18 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

19 APPROVED.

20       Plaintiff shall file her Motion For Summary Judgment on or before July 11, 2012.  The

21 court's scheduling order is modified accordingly.

22       IT IS SO ORDERED.

23 DATED: June 13, 2012

24

25                                        _____
                                          KENDALL J. NEWMAN
26                                        UNITED STATES MAGISTRATE JUDGE

27

28
                                           2
   STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER