BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHIRLEY RENE MARTIN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:12-cv-00033-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

    The Court has previously granted a request for an extension of time for Plaintiff to file a motion for summary judgment. This is the first request for an extension of time for Defendant to file his cross-motion for summary judgment.

    Counsel for Defendant respectfully requests an extension of time due to his workload. In particular, counsel is currently responsible for approximately 50 district court cases at various stages of litigation. Counsel also is responsible for certain requests for legal advice and guidance from other SSA components, and was required to devote an unexpected amount of time in the past week to such a matter.

The current due date for Defendant's cross-motion for summary judgment is August 10, 2012. The new due date will be September 10, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 7, 2012            /s/*Ann M. Cerney*
                                 (As authorized via email)
                                 Ann M. Cerney
                                 Attorney for Plaintiff

Dated: August 7, 2012            BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ *David Lerch*
                                 DAVID LERCH
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: August 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE