1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT, IL SBN 6191786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    DAVID W. LERCH, CA SBN 229411
4   Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone:  (415) 977-8936
6          Facsimile:  (415) 744-0134
           E-Mail: David.Lerch@ssa.gov
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         **SACRAMENTO DIVISION**
11

12   SHIRLEY RENE MARTIN,            )
                                     )        CIVIL NO. 2:12-cv-00033-KJN
13          Plaintiff,               )
                                     )
14          v.                       )        STIPULATION AND ~~PROPOSED~~ ORDER
                                     )        TO EXTEND TIME TO FILE
15   MICHAEL J. ASTRUE,              )        DEFENDANT'S CROSS-MOTION FOR
     Commissioner of                 )        SUMMARY JUDGMENT
16   Social Security,                )
                                     )
17          Defendant.               )
                                     )
18   _____)

19
            The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20
    attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's
21
    motion for summary judgment.
22
            The Court has previously granted a request for an extension of time for Plaintiff to file a motion
23
    for summary judgment.  This is the first request for an extension of time for Defendant to file his cross-
24
    motion for summary judgment.
25
            Counsel for Defendant respectfully requests an extension of time due to his workload.   In
26
    particular, counsel is currently responsible for approximately 50 district court cases at various stages of
27
    litigation.  Counsel also is responsible for certain requests for legal advice and guidance from other SSA
28
    components, and was required to devote an unexpected amount of time in the past week to such a matter.

1    The current due date for Defendant's cross-motion for summary judgment is August 10, 2012.

2    The new due date will be September 10, 2012.

3    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

4

5                                        Respectfully submitted,

6
     Dated: August 7, 2012              /s/ *Ann M. Cerney*
7                                        (As authorized via email)
                                         Ann M. Cerney
8                                        Attorney for Plaintiff

9    Dated: August 7, 2012              BENJAMIN B. WAGNER
                                         United States Attorney
10                                       DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX
11                                       Social Security Administration

12
                                         /s/ *David Lerch*
13                                       DAVID LERCH
                                         Special Assistant U.S. Attorney
14
                                         Attorneys for Defendant
15

16                                      ORDER

17
             APPROVED AND SO ORDERED.
18
     DATED: August 10, 2012
19

20

21   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28