Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

SHIRLEY RENE MARTIN,                           CASE NO. 2:12-CV-0033-KJN

                  Plaintiff,          **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  Defendant.
_____/

      Pursuant to the stipulation of the parties showing good cause for a requested extension of

Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

hereby APPROVED.

      Plaintiff shall file her reply on or before October 16, 2012.

      SO ORDERED.

DATED: September 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE